UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LAURA BAIAMONTE,  Index No.: 23-cv-01078-LAK-GWG

                Plaintiff,  **ORDER TO SHOW CAUSE**

-against-

KRISPY KREME INC., KRISPY KREME
DOUGHNUT CORPORATION, and JOHN DOE
CORPORATIONS 1-2,

                Defendants.
_____

      Upon the annexed declaration of Mark A. Marino, Esq. and the documents annexed and attached hereto:

      IT IS HEREBY ORDERED that Defendant Krispy Kreme Doughnut Corporation and Defendant Krispy Kreme Inc. in the above-captioned action appear to show cause on _____, 2023 at _____, or as soon thereafter as counsel may be heard, in Courtroom _____ of the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, and before the Honorable Lewis A. Kaplan, why the Court should not enter a default judgment against Defendant Krispy Kreme Doughnut Corporation and Defendant Krispy Kreme Inc. pursuant to Fed. R. Civ. Pro. 55; and

      IT IS FURTHER ORDERED that answering papers, if any, shall be filed with the Clerk of the Court and served upon the attorneys for Plaintiff by overnight mail no later than _____, 2023; and

      IT IS FURTHER ORDERED that Plaintiff shall personally serve the annexed declaration of Mark A. Marino, Esq., the documents annexed and attached thereto, and this Order to Show

Cause on Defendant Krispy Kreme Doughnut Corporation and Defendant Krispy Kreme Inc. by

_____, 2023.

**SO ORDERED**:

_____
Hon. Lewis A. Kaplan
United States District Judge

Dated: _____