UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA BAIAMONTE                              :

              Plaintiff,        :     ORDER

   -v.-                                                     :
                                                                23 Civ. 1078 (LAK) (GWG)
KRISPY KREME, INC. et al.,                  :

              Defendants.    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The motion docketed as # 15 was filed in violation of paragraph 2.A of the Court's Individual Practices. It also fails to comply with Local Civil Rule 6.1(d) by failing to explain why a procedure other than by notice of motion is necessary. The Court also questions whether the affidavit of service filed as Docket # 9 shows proper service on Kirspy Kreme Inc.. It is suggested that plaintiff arrange proper service on Krispy Kreme, Inc.  The Clerk is directed to terminate the motion appearing as docket # 15.

      SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                                     _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge