UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAURA BAIAMONTE,

                        Plaintiff,          **23 Civ. No. 1078 (LAK) (GS)**

     -against-                             **ORDER TO STRIKE**

KRISPY KREME, INC. *et al*,

                        Defendants.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of Defendant's various filings of discovery related materials. These discovery demands exchanged between counsel do not belong on the docket unless they are attached as exhibits to a particular motion or declaration. As such, Defense counsel is ORDERED to refrain from any further standalone filings of discovery materials exchanged between the parties.

The Clerk of Court is directed to strike Docket Numbers 30-34, and 37.

      **SO ORDERED.**

DATED:    New York, New York
              November 20, 2023

                                                          The Honorable Gary Stein
                                                            United States Magistrate Judge