UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------------
LAURA BAIAMONTE,

                                    Plaintiff,

                    -against-

KRISPY KREME, INC. *et al*,

                                    Defendants,
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**


     This action is scheduled for a Video Status Conference on **Thursday, February 1,**

**2024 at** **3:00 p.m.**  The parties are directed to submit a joint status report letter by **Friday,**

**January 26, 2024**.  Counsel shall join the conference via Microsoft Teams at the scheduled

time using the following link: [Click here to join the meeting](). Meeting ID: [263 758 097 020];

Passcode: [LMxXsT].

     **SO ORDERED.**

DATED:    New York, New York
          January 16, 2024

                                  _____

                                    The Honorable Gary Stein
                                    United States Magistrate Judge

---

**23 Civ. No. 1078 (LAK)(GS)**

**VIDEO STATUS
CONFERENCE ORDER**