UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAURA BAIAMONTE,

                              Plaintiff,                    23 Civ. 1078 (LAK) (GS)

    -against-

                                                                   **VIDEO STATUS
CONFERENCE ORDER**

KRISPY KREME, INC., KRISPY
KREME DOUGHNUT
CORPORATION, and JOHN DOE
CORPORATIONS 1-2,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Tuesday, March 19, 2024 at 10:00 a.m.**  The parties are directed to submit a joint status letter by **Friday, March 15, 2024**.  The parties are directed to appear for the video conference via Microsoft Teams.  Counsel is directed to join the conference using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [261 034 550 196]   Passcode: [Kc6MgE]**

       SO ORDERED.

DATED:    New York, New York
                February 1, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge