UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAURA BAIAMONTE,

                         Plaintiff,           23 Civ. No. 1078 (LAK) (GS)

      -against-                                   **ORDER**

KRISPY KREME, INC., KRISPY
KREME DOUGHNUT
CORPORATION, and JOHN DOE
CORPORATIONS 1-2,

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      As stated on the record during the Court's April 2, 2024 status conference, the parties were ordered to submit a joint status letter on May 31, 2024. (*See* Minute Entry dated April 2, 2024). However, no such letter has been filed. As such, the parties are ORDERED to provide a joint update to as to the status of this matter by June 14, 2024.

      **SO ORDERED.**

DATED:    New York, New York
               June 10, 2024

                                                                     The Honorable Gary Stein
                                                                     United States Magistrate Judge