UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-25

---------------------------------------------------------------x

LAURA BAIAMONTE,

                                              Plaintiff,

**STIPULATION OF DISMISSAL**

                  -against-

23 Civ. 01078 (LAK) (GS)

KRISPY KREME INC., KRISPY KREME

DOUGHNUT CORPORATION, and

JOHN DOE CORPORATIONS 1-2,

                                       Defendants.
---------------------------------------------------------------x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
_November 13, 2024

BRUSTEIN LAW PLLC
*Attorneys for Plaintiff*
299 Broadway, 17th floor
New York, New York 10007
212-233-3900

By: *Evan Brustein*

Evan Brustein
*Attorney for Plaintiff*

EPSTEIN MCDONALD & McCARTHY
EMPLOYEES OF NATIONWIDE INS. CO.
*Attorney for Defendants*
1 Whitehall Street, 13th Floor
New York, New York 10004

By: *Gail P. Pariser*

Gail P. Pariser
*Attorney for Defendants*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1/x/25